**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                   CASE NO. 6:07-CR-50-ORL-19DAB

THAO THACH HUONG DAO
_____

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation

Concerning Plea of Guilty (Doc. No. 18, filed May 8, 2007) and no objection thereto having

been filed, it is **ORDERED:**

1.       The Report and Recommendation of the United States Magistrate Judge (Doc.

No. 18) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.       Defendant Thao Thach Huong Dao has entered a plea of guilty to Count One

of the Indictment knowingly, intelligently and voluntarily.   Such plea is accepted, and

Defendant is adjudicated guilty of Count One of the Indictment.

3.       Ruling on acceptance of the Plea Agreement (Doc. No. 12, filed May 8, 2007)

is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   25th      day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy